COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Peter Obasogie v. Harris County Hospital District

Appellate case number:   01-12-01018-CV

Trial court case number:  1239063

Trial court:                    334th District Court of Harris County

On November 13, 2012, appellant Peter Obasogie filed an affidavit of indigence in the trial court in the above-referenced appeal. On November 16, 2012, the district clerk timely filed a contest to the affidavit. *See* TEX. R. APP. P. 20.1(e). Within 10 days after the contest was filed, by November 26, 2012, the trial court was required either to conduct a hearing and sign an order on the contest or to sign an order extending the time to conduct the hearing. *See* TEX. R. APP. P. 20.1(i)(2)-(4). The clerk's record on indigence does not reflect that the trial court timely signed an order on the contest or signed an order extending the time to conduct the hearing. *See id.* Therefore, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(i)(4), (k).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is further **ORDERED** that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See id.*

Appellant's brief is **ORDERED** filed with this Court 30 days after the date the complete record is filed in this Court. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed

within 30 days of the date appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ <u>Justice Michael Massengale</u>
☑ Acting individually     ☐ Acting for the Court


Date:  December 12, 2012